# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: **Kylie Meyer, 151 Ackert Hook Road Rhinebeck, NY 12572**

Address of Defendant: **NCB Management Services, Inc., 1 Allied Drive, Trevose, Pennsylvania 19053**

Place of Accident, Incident or Transaction: **Trevose, PA**

---

**RELATED CASE, IF ANY:**

Case Number: **2:23-cv-01236**   Judge: **Hon. Kai N. Scott**   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes [ ]  No [✓]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes [✓]  No [ ]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes [ ]  No [✓]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes [ ]  No [✓]

I certify that, to my knowledge, the within case [ ] is / [ ] is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: **04/06/2023**    _/s/ Mark B. DeSanto_    **320310**
                        *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

| A. *Federal Question Cases:* | B. *Diversity Jurisdiction Cases:* |
|---|---|
| [ ] 1. Indemnity Contract, Marine Contract, and All Other Contracts | [✓] 1. Insurance Contract and Other Contracts |
| [ ] 2. FELA | [ ] 2. Airplane Personal Injury |
| [ ] 3. Jones Act-Personal Injury | [ ] 3. Assault, Defamation |
| [ ] 4. Antitrust | [ ] 4. Marine Personal Injury |
| [ ] 5. Patent | [ ] 5. Motor Vehicle Personal Injury |
| [ ] 6. Labor-Management Relations | [ ] 6. Other Personal Injury (Please specify): _____ |
| [ ] 7. Civil Rights | [ ] 7. Products Liability |
| [ ] 8. Habeas Corpus | [ ] 8. Products Liability – Asbestos |
| [ ] 9. Securities Act(s) Cases | [ ] 9. All other Diversity Cases |
| [ ] 10. Social Security Review Cases | *(Please specify):* _____ |
| [ ] 11. All other Federal Question Cases *(Please specify):* _____ | |

---

### ARBITRATION CERTIFICATION
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, **Mark B. DeSanto**, counsel of record *or* pro se plaintiff, do hereby certify:

[✓] Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[ ] Relief other than monetary damages is sought.

DATE: **04/06/2023**    _/s/ Mark B. DeSanto_    **320310**
                        *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*